_____

| | |
|---|---|
| SMALL PLANET FOODS, INC., | Civil No. 08-6477 (JRT/SRN) |
| Plaintiff, | |
| v. | **ORDER OF DISMISSAL** |
| CASCADE FRESH, INC., | |
| Defendant. | |

_____

Laura Borst and Timothy Kenny, **FULBRIGHT & JAWORSKI LLP,** 80 South Eighth Street, Suite 2100, Minneapolis, MN 55402; Brandon Ress, C. Ashley Callahan, and Richard Groos, **FULBRIGHT & JAWORSKI LLP**, 600 Congress Avenue, Suite 2400, Austin, Texas 78701, for Plaintiff.

Kevin Costanza, Nathaniel Durrance, **SEED INTELLECTUAL PROPERTY LAW GROUP PLLC**, 701 Fifth Avenue, Suite 5400, Seattle, WA 98104; Stephen Baird, Tiffany Blofield, and Brent Lorentz, **WINTHROP & WEINSTINE, PA,** 225 South Sixth Street, Suite 3500, Minneapolis, MN 55402, for defendant.

The Court having been advised that the above action has settled,

**IT IS HEREBY ORDERED** that this action is dismissed with prejudice, the Court retaining jurisdiction for forty-five days to permit any party to move or reopen the action, for good cause shown, or to submit and file a stipulated form of final judgment, or to seek enforcement of the settlement terms.

DATED: May 24, 2010
at Minneapolis, Minnesota.

                                                                  s/ John R. Tunheim
                                                                   JOHN R. TUNHEIM
                                                           United States District Judge